FILED
2007 Jan-12 PM 12:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

ANGELA MCKINNEY,                }
                                }
     Plaintiff,                 }
                                }    CIVIL ACTION NO.
v.                              }    06-AR-0696-S
                                }
R&L FOODS, LLC, d/b/a WENDY'S   }
OLD FASHIONED HAMBURGERS,       }
                                }
     Defendant.                 }
```

**MEMORANDUM OPINION AND ORDER**

Plaintiff's motion to continue the hearing of plaintiff's motion to compel and of defendant's motion to compel is DENIED because there was no timely request for oral argument and no amount of oral argument could have altered the outcome.  The motions to compel are under submission without oral argument.

Both motions were filed on December 29, 2006, the day upon which discovery was to be completed.  The original scheduling order set the discovery cutoff date as December 15, 2006.  On November 7, 2006, on motion, the discovery cutoff was extended to December 29, 2006.  The deadline of December 29, 2006, was for the completion of discovery and not for motions to compel.  Neither party has requested a further extension.  The discovery requests in controversy were filed in May, 2006.  It has long been obvious that the parties are in disagreement about the discharge of their respective discovery obligations.  The motions to compel are untimely.  They are hereby DENIED.

DONE this 12th day of January, 2007.

                                                                          _____  
                                                                          WILLIAM M. ACKER, JR.  
                                                                          UNITED STATES DISTRICT JUDGE